214 F.2d 350
 PROM, Inc., Appellant,
v.
Mrs. John AMOS.
 No. 15024.
 United States Court of Appeals Eighth Circuit.
 June 15, 1954.
 
 1
 Appeal from the United States District Court for the Northern District of Iowa.
 
 
 2
 Thomas B. Roberts, Frederic M. Miller, Des Moines, and Edward R. Boyle, Clear Lake, Iowa, for appellant.
 
 
 3
 George D. Dunn and William Pappas, Mason City, Iowa, for appellee.
 
 
 4
 Appeal from District Court dismissed, on stipulation of parties. 117 F.Supp. 615.